FILE COPY

RE: Case No. 15-0324                    DATE: 5/22/2015
    COA #: 13-15-00056-CV      TC#: 2015-DCV-0145-G
STYLE: IN RE ANDREW VANBLARCUM AND JAMES VANBLARCUM

Today the Supreme Court of Texas denied Relators'
Motion for Emergency Stay and denied the petition for
writ of mandamus in the above-referenced case.



MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX  78401